UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>SILERGY CORPORATION and SILERGY TECHNOLOGY<br><br>Defendants. | Case No. CV-10-01533 CAS (AGRx)<br><br>**ORDER GRANTING MONOLITHIC POWER SYSTEMS, INC.'S *EX PARTE* APPLICATION FOR CLARIFICATION OF ORDER GRANTING PLAINTIFF'S REQUEST TO CONDUCT LIMITED JURISDICTIONAL DISCOVERY** |

Having carefully considered Plaintiff Monolithic Power Systems, Inc.'s *Ex Parte* Application for Clarification of the Court's January 6, 2011 Order, the Court **GRANTS** the Application.

**IT IS ORDERED** that the following list of topics fall within the scope of the Court's January 6, 2011 Order:

   1. The nature of Mr. Grimm's responsibilities at Silergy Technology.

2. Whether Mr. Grimm's responsibilities at Silergy Technology have any relation to Silergy Corp.

3. The nature of Mr. Grimm's responsibilities to Silergy Corp.

4. The nature of Mr. Grimm's communications with Silergy Corp. or its employees, and whether he had any communications with them at the time the Complaint was served.

5. The relationship between Silergy Technology and Silergy Corp. including identifying and describing any agreements, including licensing agreements, between the two.

6. Meetings between Mr. Grimm and Silergy Corp. at the time of service of process.

7. The nature of any work that Mr. Grimm or Silergy Technology was conducting on behalf of Silergy Corp. at the time of service.

8. The nature of any visits by Mr. Grimm to Silergy Corp.

9. Whether Mr. Grimm signed any documents on behalf of Silergy Corp.

**IT IS FURTHER ORDERED** that all documents relevant to these topics be produced, and that Michael Grimm be made available for an additional deposition with respect to these topics.

Failure to comply with this order may result in monetary sanctions, the striking of the answer and/or entry of judgment for plaintiff.

**IT IS SO ORDERED.**

Dated: March 11, 2011

*/s/ Christina A. Snyder*
Hon. Christina A. Snyder
United States District Judge